UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-373-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM YATES, | ) | |
| Defendant | ) | |

This matter is before the Court on the Motion of the Defendant to have this Court authorize the payment of up to $2,400.00 for the services of Michael D. Grissom, Private Investigator, for his assistance in the representation of the Defendant in this case.

THEREFORE, the Court does hereby grant the Defendant's Motion that the Defense Counsel be allowed to hire Michael D. Grissom for private investigative services in an amount up to $2,400.00.

This the 7th day of June, 2011.

_____
MALCOLM J. HOWARD
Senior United States District Judge