UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-373-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM YATES, | ) | |
| Defendant | ) | |

This matter is before the Court on the Motion of the Defendant to have this Court authorize the payment of up to $1,000.00 for the services of Maher "Max" Noureddine, Ph.D., M.Sc., for his assistance in the representation of the Defendant in this case.

THEREFORE, the Court does hereby grant the Defendant's Motion that the Defense Counsel be allowed to hire Maher "Max" Noureddine, Ph.D., M.Sc., for services in an amount up to $1,000.00.

This the 3rd day of August, 2011.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE